STATE of Missouri,
Respondent/Plaintiff,

v.

Byron POLLARD, Appellant/Defendant.

No. ED 79811.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 11, 2002.

Edward S. Thompson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Byron Pollard (Appellant) appeals from a judgment of conviction of Trafficking, second degree, and Resisting Arrest, after a bench trial. We have reviewed the briefs of the parties and the record on appeal and find that the trial court's decision is supported by substantial evidence. *State v. Rousan*, 961 S.W.2d 831, 845 (Mo. banc 1998). An extended opinion would have no precedential value. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).